UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KESLER ASSOCIATES, INC.,

    Plaintiff,

v.

Case No. 10-CV-13390
HONORABLE DENISE PAGE HOOD

WELLMAN PLASTICS RECYCLING, LLC,

    Defendant.

_____/

### ORDER GRANTING IN PART DEFENDANT'S OBJECTIONS [DKT #58] AND OVERRULING PLAINTIFF'S OBJECTIONS [DKT #56] TO THE MAGISTRATE JUDGE'S ORDER [DKT #55]

The Court referred Defendant's Motion to Quash and Plaintiff's Motion to Compel to the Magistrate Judge. On October 23, 2012, Magistrate Judge Paul J. Komives granted in part and denied in part Plaintiff's Motion to Compel and granted Defendant's Motion to Quash Subpoenas. Specifically, he ordered that Defendant produce summary documents identifying certain information, including specification numbers, from April 2011 through December 2011. Plaintiff and Defendant filed objections to the Magistrate Judge's Order. Defendant argues that it should not be required to include specification numbers because such information was not provided in the past and would require significant expense and time. Plaintiff asks the Court to require Defendant to provide discovery, essentially, until the date of trial and beyond.

A party must file objections to a magistrate judge's order on a non-dispositive matter within fourteen (14) days of being served a copy of the order. Fed. R. Civ. P. 72(a). The Court "may reconsider any pretrial matter . . . where it is shown that the [magistrate judge's] order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(a)(A); Fed. R. Civ. P. 72(a). The Court has reviewed the Magistrate Judge's order and the parties' objections and finds the Magistrate Judge's

Order neither clearly erroneous nor contrary to law. However, the Court will not require Defendant to provide specification numbers given that the information was not provided in the past.

    IT IS SO ORDERED.

                                  S/Denise Page Hood  
                                  Denise Page Hood  
                                  United States District Judge

Dated: January 24, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 24, 2013, by electronic and/or ordinary mail.

                                  S/LaShawn R. Saulsberry  
                                  Case Manager